Plaintiff's Name **TIM WRIGHT**
Inmate No. **V-02488**
Address **520 99 OPW, P.O. Box 900**
**Avenal, Ca. 93204**

**FILED**
JUN 21 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**TIM WRIGHT * V-02488**
(Name of Plaintiff)

**1:11-CV-1032 GBC (PC)**
(Case Number)

vs.

**COMPLAINT**

**Warden James D. Hartely**
**CDCR, Transport c/os (Doe 1&2)**
**(Medical), X-ray Tech**

Civil Rights Act, 42 U.S.C. § 1983

**RECEIVED**
JUN 21 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

(Names of all Defendants)

I. Previous Lawsuits (list all other previous or pending lawsuits on back of this form):

   A. Have you brought any other lawsuits while a prisoner? Yes ___ No ✓

   B. If your answer to A is yes, how many? **0**
   Describe previous or pending lawsuits in the space below.
   (If more than one, use back of paper to continue outlining all lawsuits.)

     1. Parties to this previous lawsuit:

     Plaintiff _____0_____

     Defendants _____0_____

     2. Court (if Federal Court, give name of District; if State Court, give name of County)
     **NONE**

     3. Docket Number · __0__    4. Assigned Judge __0__

     5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
     __0__

     6. Filing date (approx.) __0__    7. Disposition date (approx.) __0__

1.

II. Exhaustion of Administrative Remedies

    A. Is there an inmate appeal or administrative remedy process available at your institution?

    Yes ✓  No___

    B. Have you filed an appeal or grievance concerning ALL of the facts contained in this complaint?

    Yes___ No ✓

    If your answer is no, explain why not *(I was In Fear of retailiation)*

    C. Is the process completed?

    Yes___ If your answer is yes, briefly explain what happened at each level.

    No___ If your answer is no, explain why not.

NOTICE: Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process before filing suit, regardless of the relief offered by the process. Booth v. Churner, 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002). Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you must exhaust the process before filing suit. Booth, 532 U.S. at 734.

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

    A. Defendant _James A. Hartely_ is employed as _Warden of Avenal State Prison_ at _Avenal State Penitentary, Avenal Ca. 93204_

2  2

B. Additional defendants (2) (C.D.C.R) California Department of Corrections and Rehabilitation

(3) Transport ofc's who Transported Plaintiff failing to Secure his Wheelchair on May 5th 2011. (Doe 1 & 2)

(4) X-ray tech who performed X-rays on plaintiff on May 5th 2011.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

(See Attachment)

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

(See Attachment)

I declare under penalty of perjury that the foregoing is true and correct.

Date 6-16-11                Signature of Plaintiff [signature] V02488

(revised 6/01/04)

3   3

## CLAIM #1

On May 5th 2011, my 8th Amendment rights were violated, by prison transport officers, that were transporting me from Avenal State Prison, to a medical appointment in Bakersfield for, Urologist Appointment, this was a scheduled day trip, upon which Correctional Officers in charge of my Transport disregaurded saftey proceedures, of using the seat belts and safety Strapps, to secure my Wheel chair In, the transport Bus. Which came aloose during my transport and caused me to be thrown from my Wheel chair, as It flipped on its side, inside of the transport bus, causing me to be Injured Violating my <u>8th Amendment Constitutional Gaurenteed Rights</u> Afforded to me by the U.S. Constitution of the United States of America.

### SUPPORTING FACTS

1.) On may 5th 2011, I was taken to <u>C.T.C.</u> for a Day Trip to <u>Bakersfield</u> at about 6:30 AM. I was moved to a Wheel-chair Van by a Correctional Officer, who's name I do not know, but I will Now call (Doe #1) for the purposes of this Claim and 42 U.S.C. § 1983.

2.) Doe #1 was trying to put me in the Van for transport and was trying to strapp my wheelchair in the Right way.

3.) When <u>Correctional Officer Yabar</u>, (Doe #2) told (Doe #1) that he would strapp me in.

4.) C/o Yabar put the strapp on the frount of my wheelchair, I told C/o Yabar that a wheelchair was to be <u>fourpoint</u> not just "2 Point harnessed." by the safety seat belts within

4

the transport Van.

5.) C/O Yabar told me that he had done this for years and knew how to strapp a wheelchair in. I was very Afraid at this point because I knew that C/O Yabar was being <u>Deliberately Indifferent</u> to my safety and medical needs during transport.

6.) I was at that point In fear to say anything more to C/O Yabar after this point.

7.) Upon leaving the prison Grounds of Avenal State Prison, I was almost thrown out of my wheelchair 2-Times. But I was able to stop the fall from putting my arms out.

8.) Once we were outside of the prison C.O. Yabar made another move outside on the highway that Dumped me out of my wheel chair.

9.) I was Left stuck between my wheelchair and the wall of the Van. I yelled Help me but He kept on driving, when he stopped my neck was bent to my shoulders.

10.) I have a rod and all 7-Cervical fins in me and this caused me great pain. When the van did stop 3-C/O's came in, C/O Person undid my wheelchair first the 2-strapps and slid it away from me I was Left laying on my side with my neck bent. They sat me up and let me sit for a minute or 2 then they Tried to pick me up but couldn't and then proped me back on the floor. Then They Tried again to pick me up this time sitting me in my wheelchair, which caused me much pain.

5

11.) Then C/O Person strapped me in and told the other Correctional officers that I was not strapped in right. He then showed the other CO's how to 4-Point a wheelchair the right way. It was 7:45 am when we got back to (C.T.C), At that time I wanted to be seen by a doctor, Left in a holding cell for 1 to 2 hrs.

12.) Finally The Doctor came ordered x-rays, which the x-ray Tech took by placing me IN a position that caused me more pain and suffering, Then Latter The x-ray Tech said why didn't you tell me that you had pins in your neck.

13.) I was Told I would been seen by the Doctor on the 5-yard and as of 05-9-11 This has not happened yet. I am still in extream daily pain, Left to suffer with no adequet medical care

Respectfully Submitted

6-16-11
Date

VOYLES

6

286762

STATE OF CALIFORNIA  
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|
| NAME  W/_ _/_ | | CDC NUMBER  V01477 | | HOUSING  720 _ _ |
| PATIENT SIGNATURE | | | | DATE  _-2_-_ |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES (Describe Your Health Problem And How Long You Have Had The Problem) _I Need a copy of the medical Report on _-_-11 at CTC on the morning that _____ on the wheel Van on _-_-11 What was_ _____ _____ _ CTC _____ __ _ ____ ___

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

Exhibit-A 15

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

Case 1:11-cv-01032-GBC Document 1   Filed 06/21/11   Page 8 of 16

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Martin | Tony | V02733 | [signed] |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|

**CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:**

I need a copy of the recent report of x-ray when I was taken to the clinic for medical treatment of the injury when I was not climbing back in the medical transport van. I need the copy of that D.R. report.

**METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**

☑ SENT THROUGH MAIL: ADDRESSED TO: _____ DATE MAILED: _____
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES  NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON  BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL GOLDENROD COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Exhibit-B 1C

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

TO: BOPARI M.D., MEET S.   FROM: RADIOLOGY ASSOCIATES

Diplomates, American Board of Radiology

Timothy L. Allen, M.D.
William C. Burnette, M.D.
Henry P. Cohen, M.D.
Michael R. Corren, M.D.
Arthur C. Duerr, M.D.
Stephen R. Holtzer, M.D.
Chang S. Kim, M.D.
Thomas C. Miller, M.D.
Erik M. Olsen, M.D.
Jayesh P. Parmar, M.D.
William M. Russell, M.D.
Donna F. Wampler, M.D.

**AVENAL STATE PRISON**

Radiology Associates

www.rasloimaging.com

Digital Medical Imaging (DMI)
312 East Plaza Drive, Santa Maria, CA 93454
PH: (805) 928-1673  FAX: (805) 928-0946

Five Cities Medical Imaging
921 Oak Park Blvd., Ste. 102, Pismo Beach, CA 93449
PH: (805) 715-7900  FAX: (805) 773-7956

MRI of San Luis Obispo
1046 Murray Ave., San Luis Obispo, CA 93405
PH: (805) 543-5674  FAX: (805) 543-5835

Radiology Diagnostic Center
1310 Las Tablas Road, Ste# 103, Templeton, CA 93465
PH: (805) 434-0879  FAX: (805) 434-0842

Patient Name:   WRIGHT, TIM                           Accession No:   2011BTU1V8U8
Date of Exam:   05/05/2011 9:09                       Date of Birth:  12/08/1956
Referring MD:   MEET S. BOPARI M.D. 2843              Patient ID:     AVEV02488

Authorization #:                                      Ins Code:

PROCEDURE:    XRAY CHEST - 2 VIEWS

COMPARISON:   Avenal State Prison, XR, XRAY CHEST 1 VIEW, 04/27/2011, 15:41.

INDICATIONS:  UNABLE TO MOVE NECK AND LEFT SHOULDER S/P FALL. ANTERIOR CHEST WALL AND HIP PAIN

TECHNIQUE:    Two radiographic views of the chest were obtained.

FINDINGS:
LUNGS:         No significant pulmonary parenchymal or vascular abnormalities.
CARDIAC:       Normal cardiac silhouette.
MEDIASTINUM:   Sternal wires and mediastinal signs of prior cardiac surgery.
PLEURA:        Mild pleural thickening in the left lateral chest unchanged. No pneumothorax or effusion.
BONES:         Absent right mid and medial clavicle unchanged.
OTHER:         Right apex metallic densities and sutures unchanged.

CONCLUSION:
1. No acute disease. No significant change.

Dict: William C. Burnette, M.D. on 05/10/2011 at 11:25
This report was verified electronically by William C. Burnette, M.D. on 05/10/2011 at 11:25

RECEIVED MAY 1 0 2011

Date Provider Reviewed  5/11/11
Provider Signature  ___

This document is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this document is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to the address of the facility listed above via U.S. Postal Service. Thank you.

Exhibit-C
17

COPIED FOR OLSON REVIEW

| DATE | TIME | |
|---|---|---|
| | | NVP-TTA |
| PMH: | | 54 yo/m in wheelchair here in TTA for f/u. |
| HTN | | He has HTN + Sz D/O, h/x asthma & HCV. |
| Sz D/O | | He is on opiate analgesic for chronic pain (? due to |
| Spond/Sten | | spinal stenosis). |
| Chron Pain | | He was being ~~transported first~~ put in van to transfer to Dr. Woolery (?yo) (for hustina) |
| Asthma | | when his wheelchair tipped causing him to fall to his left side. |
| HCV | | He hit (L) side of head, (L) shldr against the van. |
| | | No LOC but now complains of neck stiffness + pain in (L) shldr, |
| Meds: Sz 40 | | (L) anterior chest - hip. No N/V, difficulty of breath. |
| All: NKDA | | |
| | | ASS |
| | | HEENT: tenderness in scalp but c TTP posterior PMCA. |
| | | Neck c limited ROM |
| | | symmetric chest expansion, no crepitus |
| | | CTA e rales |
| | | Heart E @ |
| | | C-L Soft NTND |
| | | (L) shldr 3 deformity but c tenderness to palp + limited ROM due to pain. |
| | | Difficult to exam (L/E lower extremity) as pt is in wheelchair no gross deformity |
| | | (next pg) R. Atienza, MD |
| | | MA. D.S. |

INSTITUTION ASP    HOUSING UNIT 5 20      CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

INTERDISCIPLINARY PROGRESS NOTES

Exhibit-D
18

(name), T (12/8/56)
V02488
COPIED FOR OLSON REVIEW

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

| DATE | TIME | |
|---|---|---|
| | | NO TTA (cntd'a) |
| | | |
| | | Neuro exam: CN grossly intact |
| | | X-ray c-spine, L shldr, CXR, pelvis — no sxs fx |
| | | Impression: |
| | | - Scalp contusion |
| | | - Cervical strain |
| | | - (L) Shoulder contusion |
| | | |
| | | Toradol 60 mg IV @ TTA |
| | | Ortho c muscle relaxant + pain med |
| | | f/u MD in 7 days |
| | | |
| | | R. Atienza, MD |
| | | MAY 05 2011 |

INSTITUTION: ASP
HOUSING UNIT: 520

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH
MMG1AT, T (12/8/56)
V02483

INTERDISCIPLINARY PROGRESS NOTES
Exhibit-E, 19

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

COPIED FOR OLSON REVIEW

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 5-11-11 | | | RFS Audiology |
| | | | ɥN chronic pain ;RFS LMO |
| 5/11/11 | | | [signature] |
| Note 2 pack | | | |

ALLERGIES: NKDA

INSTITUTION: ASP

ROOM / WING: 520-99W

CDC NUMBER, NAME (LAST, FIRST, MI)
V02488
Wright, Tim
12-8-56
COPIED FOR OLSON REVIEW

Confidential client information
See W & I Code, Sections 4514 and 5328

Exhibit-F
20

**PHYSICIAN'S ORDERS**

CDC 7221 (4/90)
STATE OF CALIFORNIA      OSP 07 101929      DEPARTMENT OF CORRECTIONS

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 5/5/11 | 1200 | | > TORADOL 60 mg (IM) NW —— clews - s |
| | | | > KTY |
| | | | > YANO IMD in 7 days. |
| | | | noted and cont'd |
| | | | consulted on 5th. @ 1201 |
| | | | R. Atienza, MD |
| | | | MAY 05 2011 |

ALLERGIES: Lactose, Peanut  
INSTITUTION: ASP  
ROOM/WING: 520-0-099  
CDC NUMBER, NAME (LAST, FIRST, MI): V00Y81 WRIGHT, TIM

Confidential client information
See W & I Code, Sections 4514 and 5328

Exhibit G
21

PHYSICIAN'S ORDERS

CDC 7221 (4/90)
STATE OF CALIFORNIA    OSP 09 116447    DEPARTMENT OF CORRECTIONS

COPIED FOR OLSON REVIEW

STATE OF CALIFORNIA  DEPARTMENT OF CORRECTIONS AND REHABILITATION
NOTIFICATION OF DIAGNOSTIC TEST RESULTS
CDCR 7393 (Rev. 03/07)

| NAME | CDC NUMBER |
|---|---|
| INSTITUTION | HOUSING |
| TYPE OF TEST | DATE OF TEST |

**YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:**

☐ Your test results are essentially within normal limits or are unchanged and no physician follow up is required.

☒ You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time.

☐ A repeat test will be ordered. You will be ducated for this test.

☐ A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time.

PRINTED NAME / TITLE

PRIMARY CARE PROVIDER SIGNATURE          DATE

ORIGINAL - File in UHR    CANARY - Scheduler    PINK - Patient

Exhibit-H
22

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
**NOTIFICATION OF DIAGNOSTIC TEST RESULTS**
CDCR 7393 (Rev. 03/07)

| NAME Wright, Tim | CDC NUMBER V07458 |
|---|---|
| INSTITUTION ASP | HOUSING 570-99w |
| TYPE OF TEST X-Ray | DATE OF TEST 1/18/71 |

**YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:**

[✓] Your test results are essentially within normal limits or are unchanged and no physician follow up is required.

[ ] You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time.

[ ] A repeat test will be ordered. You will be ducated for this test.

[ ] A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time.

PRINTED NAME / TITLE

PRIMARY CARE PROVIDER SIGNATURE          (I)          DATE

ORIGINAL - File in UHR          CANARY - Scheduler          PINK - Patient

---

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
**NOTIFICATION OF DIAGNOSTIC TEST RESULTS**
CDCR 7393 (Rev. 03/07)

| NAME Wright, Tim | CDC NUMBER V07458 |
|---|---|
| INSTITUTION ASP | HOUSING 570-99w |
| TYPE OF TEST X-Ray | DATE OF TEST |

**YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:**

[✓] Your test results are essentially within normal limits or are unchanged and no physician follow up is required.

[ ] You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time.

[ ] A repeat test will be ordered. You will be ducated for this test.

[ ] A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time.

PRINTED NAME / TITLE          (J)

(Exhibit I & J)          PRIMARY CARE PROVIDER SIGNATURE          23          DATE

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
**NOTIFICATION OF DIAGNOSTIC TEST RESULTS**
CDCR 7393 (Rev. 03/07)

| NAME | CDC NUMBER |
|---|---|
| Wright, Tim | VC____ |
| INSTITUTION | HOUSING |
| | |
| TYPE OF TEST | DATE OF TEST |
| X-Ray | |

**YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:**

[X] Your test results are essentially within normal limits or are unchanged and no physician follow up is required.

[X] You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time.

[ ] A repeat test will be ordered. You will be ducated for this test.

[ ] A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time.

PRINTED NAME / TITLE

PRIMARY CARE PROVIDER SIGNATURE            (K)            DATE

ORIGINAL - File in UHR    CANARY - Scheduler    PINK - Patient

---

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
**NOTIFICATION OF DIAGNOSTIC TEST RESULTS**
CDCR 7393 (Rev. 03/07)

| NAME | CDC NUMBER |
|---|---|
| Wright, Tim | VC____ |
| INSTITUTION | HOUSING |
| ASP | 530 - 99W |
| TYPE OF TEST | DATE OF TEST |
| X-Ray | 5/5/11 |

**YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:**

[X] Your test results are essentially within normal limits or are unchanged and no physician follow up is required.

[ ] You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time.

[ ] A repeat test will be ordered. You will be ducated for this test.

[ ] A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time.

PRINTED NAME / TITLE

(Exhibit - LER)

PRIMARY CARE PROVIDER SIGNATURE       24        (L)        DATE

ORIGINAL - File in UHR    CANARY - Scheduler    PINK - Patient